**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<div style="border: 1px solid black; padding: 10px;">
Application granted.

SO ORDERED.

*[signature]*
_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       December 6, 2023
</div>

**By ECF and Email**

The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *United States v. Brian Gadsden* **(23 Cr. 290)**
           **Request for Extension of Time to File Sentencing Submission**

Dear Judge Halpern:

    The Government, with the consent of defense counsel, writes the Court to request an extension of time to file its sentencing submission, which is currently due on December 6, 2023.

    By way of background, the defendant Brian Gadsden was arrested on or about February 1, 2023, and pled guilty to an Information filed on or about June 13, 2023 charging him with two counts of being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1). Mr. Gadsden is being detained at Westchester County Jail, and his sentencing hearing is currently scheduled for December 20, 2023. The Government's sentencing submission is currently due December 6, 2023.

    The Government needs more time to complete its sentencing submission. Accordingly, the Government seeks to extend the time to file its sentencing submission from December 6, 2023 to December 7, 2023.

    The Government has conferred with defense counsel, who consents to the proposed extension of time.

Hon. Philip M. Halpern
December 6, 2023
Page 2 of 2

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney

by:     /s/ Timothy Ly
          Timothy Ly
          Assistant United States Attorney
          (914) 993-1910

CC: Liz Quinn, Esq. (by ECF and Email)